No. 95–5527. CORRIGAN v. ALLSTATE INSURANCE CO. Ct. App. Wash. Certiorari denied.

No. 95–5530. MIER v. NAUHAUS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5534. TURNER v. MOATS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5536. FARMER v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 95–5537. BINNICK v. LANCASTER COUNTY PERSONNEL BOARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–5538. L'GGRKE v. CITY OF TULSA ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5547. ETHERIDGE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5548. DAVILA v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 95–5549. FOSTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5550. STANFIELD v. OSBORNE INDUSTRIES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5551. JOHNSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–5552. LANASA v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 95–5553. ADAMS v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–5556. CHAUNCEY v. CHAUNCEY. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 95–5557. SOLIMINE v. DEDHAM, MASSACHUSETTS, DISTRICT COURT ET AL. C. A. 1st Cir. Certiorari denied.